IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAYDA ALVAREZ, et al., | ) |
|       Plaintiffs, | ) |
| v. | ) Civil Action No. 19-cv-404 |
| DONALD TRUMP, et al., | ) |
|       Defendants. | ) |

**NOTICE OF APPEARANCE OF ALLISON M. ZIEVE**

PLEASE TAKE NOTICE that attorney Allison M. Zieve hereby enters her appearance as lead counsel for plaintiffs Nayda Alvarez, et al., in this case.

Respectfully submitted,

/s/ Allison M. Zieve
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

Counsel for Plaintiffs

February 15, 2019

1