# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NAYDA ALVAREZ, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-cv-404 |
| | ) | |
| DONALD TRUMP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE LCvR 26.1

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for plaintiff Frontera Audubon Society, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of plaintiff which have any outstanding securities in the hands of the public: **None**.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

/s/ Michael T. Kirkpatrick
Allison M. Zieve (DC Bar No. 424786)
Michael T. Kirkpatrick (DC Bar No. 486293)
Scott L. Nelson (DC Bar No. 413548)
Rebecca Smullin (DC Bar No. 1017451)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

Counsel for Plaintiffs

February 15, 2019