IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAYDA ALVAREZ, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>　　　　　　　　Defendants. | No. 19-cv-00404 (TNM) |

**NOTICE OF APPEARANCE**

　　PLEASE TAKE NOTICE that ANDREW I. WARDEN, an attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance on behalf of the Defendants in this action.

Dated: April 2, 2019　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JOSEPH H. HUNT
　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　JOHN R. GRIFFITHS
　　　　　　　　　　　　　　　　　　Director, Federal Programs Branch

　　　　　　　　　　　　　　　　　　ANTHONY J. COPPOLINO
　　　　　　　　　　　　　　　　　　Deputy Director, Federal Programs Branch

　　　　　　　　　　　　　　　　　　/s/ Andrew I. Warden
　　　　　　　　　　　　　　　　　　ANDREW I. WARDEN (IN Bar No. 23840-49)
　　　　　　　　　　　　　　　　　　Senior Trial Counsel
　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　1100 L Street, NW, Room 7301
　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　Tel: (202) 616-5084
　　　　　　　　　　　　　　　　　　Email: Andrew.Warden@usdoj.gov

　　　　　　　　　　　　　　　　　　*Counsel for Defendants*