# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Alvarez, *et al.*,

        Plaintiffs,

    v.

Trump, *et al.*,

        Defendants.

No. 1:19-cv-00404 (TNM)

**DECLARATION OF LOREN FLOSSMAN**

I, Loren Flossman, declare as follows:

1. I am the Acquisition Program Manager for the Wall Program Management Office (Wall PMO), U.S. Border Patrol Program Management Directorate, U.S. Customs and Border Protection (CBP), an agency of the Department of Homeland Security (DHS). I have held this position since May 2018. Prior to this, I was the Director of the Border Patrol & Air and Marine Program (BPAM) Management Office within the Office of Facilities and Asset Management, CBP. BPAM is the office within CBP that historically was responsible for the construction and maintenance of facilities, tactical infrastructure, and border infrastructure such as barriers and roads that are required by the United States Border Patrol (Border Patrol) or CBP Air and Marine. Responsibility for border barrier projects was transferred from BPAM to Wall PMO. Therefore, Wall PMO is now responsible for border barrier projects, including the border barrier projects that are ongoing or being planned for the Rio Grande Valley sector (RGV) in Starr and Hidalgo Counties, Texas.

2. In my position, I am personally aware of CBP activities occurring in support of ongoing or planned border barrier projects in the RGV area of southern Texas, including activities on or near the properties of Ms. Nayda Alvarez, Mr. Leonel Romeo Alvarez, and Ms. Yvette Gaytan (collectively, the individual Plaintiffs). I make this declaration based upon my personal knowledge and belief, as well as information that I have received in my official capacity.

3. The purpose of this declaration is to inform the Court that the border barrier project planned for the individual Plaintiffs' property will be constructed using funds appropriated by Congress and not, as Plaintiffs claim, funds transferred pursuant to the President's national emergency proclamation, 10 U.S.C. § 2808, or 10 U.S.C. § 284.

### History of Negotiations with the Individual Plaintiffs

4. Beginning in 2018, the United States Army Corps (USACE), on behalf of CBP, began initial title work for a tract of land designated as RGV-RGC-5035 (the Tract).

5. The initial title work for the Tract identified several individuals who may have ownership interests in the land, including the individual Plaintiffs.

6. Accordingly, on September 12, 2018, CBP sent a letter to the identified landowners requesting that they provide CBP with a non-permanent Right of Entry (ROE) to survey the Tract. *See e.g.,* Exhibit A. The ROE authorizes the Government to enter upon private property to perform the due diligence required prior to acquiring property for construction of border barriers and other supporting infrastructure such as roads, gates, lighting, and technology, as well as for future maintenance and repair of those structures. The surveys include environmental, geo-technical, and boundary assessments which allow the Government to finalize the design and alignment of the barrier projects.

7. CBP is still in the process of determining all the ownership details for the Tract, which is another reason that CBP requested a ROE to survey. Working on behalf of CBP, USACE has confirmed that the title to the Tract is very complex with numerous people that hold undivided interests in portions of the Tract, such as Yvette Gaytan. Several other people, like Nayda Alvarez, seem to hold an interest in a specific portion of the Tract.

8. In late October 2018, Ms. Gaytan sent CBP a signed ROE.

9. In November 2018, CBP met with Mr. Leonel Romeo Alvarez who stated that she would not sign an ROE.

10. In November 2018, USACE spoke with Ms. Nayda Alvarez who stated that she would not sign an ROE.

11. In January 2019, CBP sent the identified landowners letters indicating that because CBP had not received a response to its September request for a signed ROE, CBP would seek to obtain the ROE by filing a Declaration of Taking (DT). *See e.g.,* Exhibit B.

12. Without a signed ROE, CBP's typical next step would be to refer the matter to the United States Attorney's Office for the Southern District of Texas (SDTX). An Assistant United States Attorney would then try to negotiate with the landowners for a signed ROE prior to filing a DT. To date, CBP has not yet referred the individual Plaintiffs' ROE actions to SDTX. All legal action with respect to the Tract is currently on hold due to this pending litigation.

13. Because a survey and appraisal have not yet been completed for the Tract, CBP has not started the process to negotiate an Offer to Sell with the individual Plaintiffs. Further,

CBP will not begin construction on the Tract until the Government has acquired title to the property and has been granted possession of the property.

## The Planned Project

14. CBP is seeking to construct a border barrier system on the Tract which could include a bollard-style barrier, a 150-foot enforcement zone, gates for property owners to access the south side of the barrier, lighting, cameras, and an all-weather road. While CBP has not yet requested public input for the planned project on the Tract, CBP anticipates that the materials that will be released with its request for input will be substantively similar to those released for a similar project planned in the RGV. *See* Exhibit C.

15. Previously, CBP had considered building a camera tower on a portion of the Tract. However, the project was later paused, and CBP does not currently have plans to resume a tower project on the Tract.

## Project Funding

16. As CBP informed the individual Plaintiffs in its January 2019 letters, the project planned for the Tract will be funded using CBP's Fiscal Year 2018 appropriations (Public Law No. 115-141, § 230). *See* Exhibit B. Although CBP's September 2018 letters to the identified landowners (*see* Exhibit A), reference the use of CBP's Fiscal Year 2019 appropriations, that reference was in error.

17. The project planned for the Tract will not, as the individual Plaintiffs allege, use funds transferred pursuant to authorities invoked in the President's February 15, 2019 national emergency proclamation, including 10 U.S.C. § 2808, or pursuant to 10 U.S.C. § 284.

18. Consistent with other cases, any DT ultimately filed in relation to the project planned for the Tract will state the funding and taking authority being used for acquisition of the property.

This declaration is made pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct to the best of my current knowledge.

Executed on this 2/ day of April, 2019.

Loren Flossman
Acquisition Program Manager
U.S. Customs and Border Protection

# EXHIBIT A



1200 Pennsylvania Avenue NW
Washington, DC 20229

**U.S. Customs and
Border Protection**

September 12, 2018

Nayda Alvarez


Dear Mrs. Alvarez:

The purpose of this letter is to request your written permission to enter upon your land in accordance with the enclosed Right of Entry for Survey and Site Assessment (ROE-S) and accompanying map.  Once you have had an opportunity to review the enclosed documents we invite you to call or email the below listed point of contact to review the material with you and/or to address any questions you may have.

You are receiving this letter because the U.S. Government has identified a portion of your property that we wish to access for the purpose of conducting environmental assessments, property surveys, appraisals and any other such work which may be necessary and incidental to the Government's assessment of the Property for possible acquisition in support of U.S. Customs and Border Protection's (CBP) construction of border infrastructure authorized by Congress in the Fiscal Year 2019 appropriation and other funded tactical infrastructure projects.

Border security tactical infrastructure, such as border walls, lighting, and roads, are critical elements to gain effective control of our Nation's borders.  The purpose of border security infrastructure is to deter illicit cross-border activity such as drug smuggling, border violence and illegal immigration.

The planned assessments outlined in the ROE-S are scheduled to occur intermittently over the time period specified in the document.  Only the portion of your property that may be affected by construction of border security tactical infrastructure, as shown on the map of the enclosed ROE-S, will be environmentally assessed by the U.S. Government, its agents, employees, and contractors.  The ROE-S is required beyond the proposed project area for access to each parent tract monument in order for the surveyor to physically locate the subject area in alignment with adjoining property boundaries. State law requires the surveyor to produce work of sufficient quality as to prevent boundary line disputes and be technically unbiased for all impacted parties. By signing this form, you are granting written permission to the U.S. Government, its agents, employees, and contractors to conduct the assessment activities described.  Those activities may commence immediately following execution of the document.

We hope that you and other landowners in the Rio Grande Valley will assist us in our strategic efforts to secure our Nation's borders.  Enclosed for your review are three copies of the ROE-S form.  If you have no further questions, please retain one copy of the ROE-S for your records and return two signed copies in the enclosed, pre-addressed and postage paid envelope.  Upon receipt of your signed copies, the U.S. Government will complete and return a fully executed copy for your records.  If you are acting in an agent capacity for a corporation or organization, please fill in the Certificate for Corporations and Partnerships found on page 3.  If your property is currently under lease, license or is otherwise occupied, please have the tenant or licensee fill in the right-of-entry portion for tenant information so consent from that individual can be obtained as well.

CBP has collaborated with the U.S. Army Corps of Engineers (USACE) to obtain access to the real estate to support the work effort described above.  Therefore, if you have any questions you can speak with a USACE Realty Specialist toll free by calling -1-866-848-1221 or you can make contact via email at border.infrastructure.projects@usace.army.mil.

Sincerely,

Loren Flossman
Wall Program Portfolio Manager
USBP Program Management Office
Directorate
U.S. Border Patrol

Enclosure

## U.S. CUSTOMS AND BORDER PROTECTION

## DEPARTMENT OF HOMELAND SECURITY

### Right-of-Entry For Survey and Site Assessment

The undersigned, hereinafter called the "Owner", hereby grants to the United States of America, hereinafter called the "Government", a temporary right-of-entry upon Owner's property described below, hereinafter called the "Property."  This right-of-entry is granted upon the following terms and conditions:

1.  The Government's officers, employees, agents, and contractors shall have the right to enter upon the Property for the purpose of conducting environmental assessments and property surveys, including the right to temporarily store, move and remove necessary equipment and supplies; survey, stake out, appraise, bore and take soil and/or water samples, and perform any other such work which may be necessary and incidental to the Government's assessment of the Property for Border Infrastructure Projects in the Rio Grande Valley Sector area of responsibility.

2.  This right-of-entry is irrevocable for a period of Eighteen (**18**) months from the date of this instrument.

3.  The rights granted herein include the right of ingress and egress on other lands of the Owner not described below, provided such ingress and egress is necessary to access the Property and is not otherwise conveniently available to the Government.

4.  All tools, equipment, and other property taken upon or placed upon the land by the Government shall remain the property of the Government and may be removed by the Government at any time within a reasonable period after the expiration of this right-of-entry.

5.  If any action of the Government's officers, employees, agents, or contractors in the exercise of this right-of-entry results in damage to real property, an administrative claim can be made using a Standard Form (SF) 95 (Claim for Injury, Damage, or Death).  The SF 95 must include supporting documentation and state a claim for monetary damages in a sum certain amount for any alleged loss or damage of property, and must be filed within two years after the claim accrues.  Please submit the SF 95 and supporting documentation to the CBP Port of Entry or United States Border Patrol station nearest to where the alleged damages occurred.

6.  The Property that is subject to this right-of-entry is located in the State of Texas, County of Starr, and is shown on the attached Exhibit Map.

7.  I affirm that I have the authority to grant this right-of-entry onto the Property described above.

1

Dated this _____ day of _____, 20___        THE UNITED STATES OF AMERICA


_____

Owner's signature                                        By: _____
                                                              Loren Flossman
_____                      Wall Program Portfolio Manager
Owner's printed name                                          USBP Program Management Office
                                                              Directorate
Owner's mailing address:                                      U.S. Border Patrol

_____

_____

_____

_____

Home Telephone: _____

Work Telephone: _____


**Owner requires notification prior to entry.   Yes    No     (please circle one)**


If yes, please provide the primary and alternate point of contact (POC) and phone
number and/or email.
Primary POC: _____
Alternate POC: _____

**CERTIFICATE OF AUTHORITY**
*(applicable for Corporations and Organizations)*

I, _____*(name)*, certify that I am the _____

*(position held in organization)* of the _____*(organization)*, duly organized

and registered in the State of Texas; that _____*(executor of*

*instrument)*, who signed the foregoing instrument on behalf of the grantee, was then

_____*(position of executor of instrument)* of said

_____*(organization)*.  I further certify that the said officer was acting

within the scope of powers delegated to this officer by the governing body of the grantee in

executing said instrument.

**IN WITNESS WHEREOF,** I have hereunto set my hand, and the seal of the

_____*(organization)*, this _____day of_____,

20\_\_\_\_\_.

By: _____

Typed Name: _____

Title: _____

**NOTE**:  THE PERSON SIGNING THE ABOVE CERTIFICATE <u>CANNOT</u> BE THE SAME
PERSON THAT SIGNED THE RIGHT-OF-ENTRY.

CONSENT OF TENANT:  *(if applicable)*

I hereby consent to the use of the property by the Government in accordance with this right-of-entry.

_____
Tenant's Signature

_____
Tenant's Printed Name

Owner's Mailing Address:
_____

_____

_____

Home Telephone: _____

Work Telephone: _____

**Tenant requires notification prior to entry.     Yes        No    (please circle one)**

If yes, please provide the primary and alternate point of contact (POC) and phone number and/or email.
Primary POC: _____
Alternate POC: _____



# Border Infrastructure Project- RGC-5000s

RGV Sector / Starr County

## Legend

| | |
|---|---|
| XXXX | **Proposed Project Area** |
| XXXX | **Parent Tracts for Surveying Purposes** |
| xxxx xxx | **OTLS** |

& ALVAREZ
NAYDA

## Reference

| County ID | | Tracts |
|---|---|---|
| 9316 | 34534 | |
| 9995 | 62718 | RGV-RGC-5035 |
| 12748 | 85061 | |
| 16831 | 90408 | |

N
W E
S

0    100    200 Feet

1 inch = 200 feet

Zapata

Starr

Camargo

RGC-5035

Rio Grande
UNITED STATES
MÉXICO MEXICO
Rio Grande
Rio Bravo

**Warning:** This document is **FOR OFFICIAL USE ONLY (FOUO)**. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

July 18, 2018

# EXHIBIT B



**U.S. Customs and
Border Protection**

January 9, 2019

Nayda Alvarez



Dear Mrs. Alvarez:


   Border security tactical infrastructure, such as border walls, lighting, and roads, are critical elements to gain effective control of our Nation's borders.  The purpose of border security infrastructure is to deter illicit cross-border activity such as drug smuggling, border violence and illegal immigration.

   The U.S. Government has identified a portion of your property that we need to access for the purpose of conducting environmental assessments, property surveys, appraisals and any other such work which may be necessary and incidental to the Government's assessment of the property for possible acquisition in support of U.S. Customs and Border Protection's (CBP) construction of border infrastructure authorized by Congress in the Fiscal Year 2018 appropriation and other funded tactical infrastructure projects.  The property is located in Starr County, identified as RGC-5035 on the attached Exhibit A.

   As of January 9, 2019, we have not received your permission to access the property, and because the Government has an immediate need to enter your property to conduct the necessary surveys, we have determined that it will be necessary and incidental to file an action in federal district court to allow us to enter for these purposes for a limited period of 12 Months.  We anticipate seeking this temporary right of entry within the next 90 days in the U.S. District Court of the Southern District of Texas. You will be served with notice upon the filing of the case. The pleading is called a Declaration of Taking and Complaint in Condemnation. Funds will be deposited into the registry of the court as just compensation, and supplemented if necessary, to cover any potential damage caused by the Government during site assessment work.

CBP has collaborated with the U.S. Army Corps of Engineers (USACE) to obtain access to the real estate to support the work effort described above.  Therefore, if you have any questions you can speak with a USACE Realty Specialist toll free by calling -1-866-848-1221 or you can make contact via email at border.infrastructure.projects@usace.army.mil

Sincerely,

Loren Flossman
Wall Program Portfolio Manager
USBP Program Management Office
Directorate
U.S. Border Patrol


Enclosure

# Border Infrastructure Project- RGC-5000s



**Legend**

| | |
|---|---|
| XXXX | Proposed Project Area |
| XXXX | Parent Tracts for Surveying Purposes |
| XXXX XXX | OTLS |

NAYDA & ALVAREZ

**Reference**

| County ID | | Tracts |
|---|---|---|
| 9316 | 34534 | |
| 9995 | 62718 | RGV-RGC-5035 |
| 12748 | 85061 | |
| 16831 | 90408 | |

RGC-5035

Rio Grande
UNITED STATES
MÉXICO MEXICO
Rio Grande
Rio Bravo

N
W E
S

0   100   200 Feet

1 inch = 200 feet

Zapata

Starr

Camargo

**Warning:** This document is **FOR OFFICIAL USE ONLY (FOUO).** It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

July 18, 2018

# EXHIBIT C



1300 Pennsylvania Avenue NW
Washington, DC 20229

U.S. Customs and
Border Protection

September 6, 2018

To Whom It May Concern,

U.S. Customs and Border Protection (CBP) is seeking your input concerning the construction of a levee/border wall system in the United States Border Patrol (USBP) Rio Grande Valley (RGV) Sector. Based on the feedback CBP received as a part of its earlier outreach, CBP is extending the due date for comments to November 6, 2018.

CBP proposes to: (1) design and construct approximately 25 miles of levee/border wall system in Hidalgo County, Texas within the USBP's McAllen and Weslaco Stations' area of responsibility (AOR); and (2) design and construct approximately eight (8) miles of border wall system in Starr County, Texas within the USBP's Rio Grande City (RGC) Station AOR. The border wall system project in the RGC Station AOR may include an additional four (4) miles. The McAllen, Weslaco, and Rio Grande City Stations are all located within the USBP's RGV Sector. More information about the projects is included in an attachment to this letter.

CBP is seeking input on potential impacts to the environment, culture, and commerce, including potential socioeconomic impacts, and quality of life. CBP will be conducting environmental site surveys and assessments and is also gathering data and input from state and local government agencies, federal agencies, Native American tribes, and landowners that may be affected by or otherwise have an interest in the construction projects. As the projects progress, there will be additional opportunities for public comment. CBP will prepare environmental planning documents to evaluate potential environmental impacts and make those documents available for public review.

**How to Provide Comments**
Comments and information will be accepted until November 6, 2018. Comments should include data or information that could help inform CBP's analysis of potential impacts. Helpful comments are fact-based, include links to data or research, and provide specific information concerning potential impacts to biological, cultural, and natural resources. If known, your response should include any state and local restrictions, permitting or other requirements that CBP should consider during project siting, construction, and operation.

Comments, questions, or concerns can be emailed to CBP at commentsenv@cbp.dhs.gov.  Please include "FY18 RGV Border Construction Projects" in the title of your email.  Comments received in response to this letter, including names and addresses of those who comment, will be part of the public record.  If you are providing a comment about a specific segment, please specify that in your comment (Weslaco Station AOR, McAllen Station AOR, or Rio Grande City AOR).

You may also use the above e-mail address to request project notifications.  Further information and Spanish-language materials are available at the following web site:

www.cbp.gov/about/environmental-cultural-stewardship/nepa-documents/docs-review

You may also submit comments, questions, or concerns to the following address:

U.S. Customs and Border Protection
U.S. Border Patrol Headquarters
1300 Pennsylvania Ave. 6.5E Mail Stop 1039
Washington, DC 20229-1100

We appreciate your feedback and help with evaluating the environmental impacts of these projects.

Sincerely,

Paul Enriquez
Acquisition, Real Estate and Environmental Director
Border Wall Program Management Office, U.S. Border Patrol

**U.S. Customs and Border Protection**

# Fiscal Year 2018 (FY18) Rio Grande Valley (RGV) Levee/Border Wall System Construction Projects Overview

The wall system will be similar to other levee and border wall system infrastructure located within the RGV Sector. Below you will find maps showing the locations for levee wall system in Hidalgo County and the border wall system in Starr County. The approximate mileage for each of the three U.S. Border Patrol (USBP) Areas of Responsibility (AOR) is as follows:



| Weslaco AOR | McAllen AOR | Rio Grande City AOR |
|:---:|:---:|:---:|
| APPROXIMATELY | APPROXIMATELY | APPROXIMATELY |
| **14** MILES | **11** MILES | **8-12** MILES |
| (Hidalgo County) | (Hidalgo County) | (Starr County) |

Regarding the approximately 25 miles of levee wall system in Hidalgo County, the proposed alignment would be situated on the south face of the northern U.S. International Boundary Water Commission (IBWC) levee. The proposed design includes a reinforced concrete levee wall system to the approximate height of the existing levee with 18-foot tall steel bollards installed on the top of the levee wall system. The project would also include a 150-foot enforcement zone on the south/river side of the levee wall system, detection and surveillance technology that would be incorporated into the levee wall system, automated vehicle gates, pedestrian gates, an all-weather patrol road that would run parallel to the levee wall system, and enforcement zone lighting.



**Levee/Border Wall System Hidalgo County**

**LEGEND**

**Levee/Border Wall System FY18 Projects**
— Levee/Border Wall System FY18 - McAllen (MCS)
— Levee/Border Wall System FY18 - Weslaco (WSL)

**Existing Pedestrian Fence**
— Primary

1 in = 3 mi    1:190,080



**U.S. Customs and Border Protection**

Regarding the approximately 8 miles of border wall system in Starr County, with the option for 4 additional miles, proposed design includes 20- to 30-foot tall steel bollards, detection and surveillance technology that would be incorporated into the border wall design, pedestrian gates, and an all-weather patrol road parallel to the border wall system. It could also include a 150-foot enforcement zone on the south side of the border wall system and enforcement zone lighting.



## Additional details of the possible components of the projects are as follows:

- **Levee Wall—** The levee wall would be a concrete wall to the approximate height of the levee crest with 18-foot tall bollards installed in the top of the levee wall.

- **Border Wall System in Starr County—** The bollard wall would be 20- to 30-feet high utilizing 6"x6" concrete filled steel bollards.

- **150-foot Enforcement Zone—** The enforcement zone would be an area extending from the south/river side of the levee wall or border wall systems approximately 150 feet. All vegetation within the 150-foot enforcement zone will be cleared.

- **Gates—** Automated vehicle gates would be installed with a minimum height of 18 feet and minimum width of 20 feet. In addition, gates designed to allow for farming equipment would be installed where appropriate and range in width from 40 to 50 feet. All gates will be motorized overhead sliding gates with an enclosed drive and operator system.

- **Lighting—** LED lighting would be installed as part of this project. CBP would work with the appropriate stakeholders to develop solutions to avoid excess lighting beyond the enforcement zone.

- **All Weather Road—** An all-weather aggregate patrol road (type FC-2) would be constructed on the south side and parallel to the levee or border wall systemand within the 150-foot enforcement zone. The specific location of the road within the enforcement zone would be determined during the design phase of the project.

- **Cameras—** A camera surveillance system would be installed to monitor the wall, the enforcement zone, and southern approach.