# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NAYDA ALVAREZ, *et al.*,<br><br>               Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as<br>President of the United States of America, *et al.*,<br><br>               Defendants. | No. 19-cv-00404 (TNM) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that KATHRYN C. DAVIS, an attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance on behalf of the Defendants in this action.

Dated:  April 2, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ Kathryn C. Davis
KATHRYN C. DAVIS (DC Bar No. 985055)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 7301
Washington, DC 20005
Tel: (202) 616-8298
Email: Kathryn.C.Davis@usdoj.gov

*Counsel for Defendants*