IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAYDA ALVAREZ, et al.,   )  | |
|                          )  | |
| Plaintiffs,              )  | |
|                          )  | |
| v.                       )  | Civil Action No. 19-cv-404 |
|                          )  | |
| DONALD TRUMP, et al.,    )  | |
|                          )  | |
| Defendants.              )  | |
|                          )  | |

**MOTION FOR EXTENSION OF TIME**

Plaintiffs respectfully move for a two-week extension of time to April 29, 2019, to respond to defendants' motion to dismiss, ECF No. 8.

Plaintiffs filed the complaint in this case on February 15, 2019, and served defendants on February 19. Defendants' answer or response to the complaint was due on April 22. On April 1, defendants served a 45-page motion to dismiss, accompanied by three declarations. Without an extension, plaintiffs' opposition would be due on April 15. Plaintiffs seek an additional two weeks to enable them thoroughly to evaluate and respond to the numerous factual and legal arguments in defendants' motion. Plaintiffs note that, because three other cases pending before the Court raise the same issues as this case and defendants have not yet responded to the complaints in two of those cases, the two-week extension sought here will not delay the resolution of the issues raised in these cases.

On Thursday morning, April 4, 2019, plaintiffs sought consent to this motion by emailing counsel for defendants. Defendants' counsel responded on April 8 that they do not consent and requested that plaintiffs state in their motion that, if the Court "is inclined to nonetheless grant an

1

extension, the Government asks that it limit such an extension to 7 days for Plaintiffs and grant the Government a commensurate extension of 3 days for its reply brief."

## CONCLUSION

For the foregoing reasons, Plaintiffs' motion for a two-week extension to April 29, 2019, should be granted.

Dated: April 8, 2019　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Allison M. Zieve
　　　　　　　　　　　　　　　　　　　　Allison M. Zieve (DC Bar No. 424786)
　　　　　　　　　　　　　　　　　　　　Michael T. Kirkpatrick (DC Bar No. 486293)
　　　　　　　　　　　　　　　　　　　　Scott L. Nelson (DC Bar No. 413548)
　　　　　　　　　　　　　　　　　　　　Rebecca Smullin (DC Bar No. 1017451)
　　　　　　　　　　　　　　　　　　　　Public Citizen Litigation Group
　　　　　　　　　　　　　　　　　　　　1600 20th Street NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20009
　　　　　　　　　　　　　　　　　　　　(202) 588-1000

　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAYDA ALVAREZ, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Civil Action No. 19-cv-404 |
| | ) |
| DONALD TRUMP, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## [PROPOSED] ORDER

Upon consideration of plaintiffs' motion for extension of time, it is hereby ORDERED that the motion is granted.

It is further ORDERED that the deadline for plaintiffs to respond to defendants' motion to dismiss is extended to April 29, 2019.

 

_____
Trevor N. McFadden
United States District Judge