# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAYDA ALVAREZ, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 19-cv-404 (TNM) |
| ) | |
| DONALD TRUMP, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and in light of defendants' factual representations that "the planned project for the Tract" that includes building on property owned by plaintiffs Alvarez, Gaytan, and Alvarez, and, more generally, "any ongoing or planned barrier construction in the RGV [Rio Grande Valley]" "will not use funds transferred pursuant to authorities invoked in the President's February 15, 2019 national emergency proclamation, including 10 U.S.C. § 2808, or pursuant to 10 U.S.C. § 284," Second Flossman Decl. ¶ 8, ECF 8-2; Supp. Flossman Decl. ¶ 5, ECF 13-1, plaintiffs hereby dismiss this action.

Dated: April 22, 2019                Respectfully submitted,

/s/ Allison M. Zieve
Allison M. Zieve (DC Bar No. 424786)
Michael T. Kirkpatrick (DC Bar No. 486293)
Scott L. Nelson (DC Bar No. 413548)
Rebecca Smullin (DC Bar No. 1017451)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

Counsel for Plaintiffs